# APPRAISAL OF REAL PROPERTY



## LOCATED AT

3320 Yarding Way
Toano, VA 23168
James City County

## FOR

Essex Bank
1325 Tappahannock Blvd.
Tappahannock, VA 22560

## AS OF

11/19/2012

## BY

Angela G. Atkinson
Sears Real Estate & Appraisals
P.O. Box 489, 4460 Lewis B. Puller Mem. Hwy.
Shacklefords, VA 23156
(804) 785-3303
SearsRealty@searsrealestateandappraisals.com
http://www.searsrealestateandappraisals.com

SEARS REAL ESTATE & APPRAISALS
P. O. Box 489
Shacklefords, VA 23156-0489
Phone: 804-785-3303 Fax: 804-785-9283

Essex Bank
1325 Tappahannock Blvd.
Tappahannock , VA 22560

Re: Property: 3320 Yarding Way
Toano, VA 23168
Borrower: Adam Scott Matherly

In accordance with your request, we have appraised the above referenced property. The report of that appraisal is attached. The purpose of this appraisal is to estimate the current market value of the property described in this appraisal report for the purpose of foreclosure, as improved, in unencumbered fee simple title of ownership. This report is intended by use only by Essex Bank. Use of this report by others is not intended by the appraiser.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

Please do not hesitate to contact me or any of my staff if we can be of additional service.

Sincerely,

Angela G. Atkinson

Angela G. Atkinson
Certified Residential Appraiser

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Lender/Client | Essex Bank | | | | | File No. | Matherly, Adam |
| Property Address | 3320 Yarding Way | | | | | | |
| City | Toano | County | James City | State | VA | Zip Code | 23168 |
| Borrower | Adam Scott Matherly | | | | | | |

## APPRAISAL AND REPORT IDENTIFICATION

This Appraisal Report is one of the following types:

- ☐ **Self Contained** (A written report prepared under Standards Rule 2-2(a) , pursuant to the Scope of Work, as disclosed elsewhere in this report.)
- ☒ **Summary** (A written report prepared under Standards Rule 2-2(b) , pursuant to the Scope of Work, as disclosed elsewhere in this report.)
- ☐ **Restricted Use** (A written report prepared under Standards Rule 2-2(c) , pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:

— the statements of fact contained in this report are true and correct.

— the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

— I have no (or the specified) present or prospective interest in the property that is the subject of this report and no (or the specified) personal interest with respect to the parties involved.

— I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

— my engagement in this assignment was not contingent upon developing or reporting predetermined results.

— my compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

— my analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

— I have (or have not) made a personal inspection of the property that is the subject of this report. (If more than one person signs this certification, the certification must clearly specify which individuals did and which individuals did not make a personal inspection of the appraised property.)

— no one provided significant real property appraisal assistance to the person signing this certification. (If there are exceptions, the name of each individual providing significant real property appraisal assistance must be stated.)

## Comments on Appraisal and Report Identification

**Note any USPAP related issues requiring disclosure and any state mandated requirements:**

The appraiser previously appraised the subject property 12/20/2010.

The fee for this appraisal is $400.00

| APPRAISER: | SUPERVISORY APPRAISER (only if required): |
|---|---|
| Signature: *Angela G. Atkinson* | Signature: |
| Name: Angela G. Atkinson | Name: |
| Date Signed: 11/21/2012 | Date Signed: |
| State Certification #: 4001013358 | State Certification #: |
| or State License #: | or State License #: |
| State: VA | State: |
| Expiration Date of Certification or License: 01/31/2014 | Expiration Date of Certification or License: |
| | Supervisory Appraiser inspection of Subject Property: |
| Effective Date of Appraisal: 11/19/2012 | ☐ Did Not ☐ Exterior-only from street ☐ Interior and Exterior |

# FIRREA / USPAP ADDENDUM

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Lender/Client | Essex Bank | | | | | | |
| Property Address | 3320 Yarding Way | | | | | | |
| City | Toano | County | James City | State | VA | Zip Code | 23168 |
| Borrower | Adam Scott Matherly | | | | | | |

## Purpose

The purpose of this appraisal is foreclosure.

## Scope

The scope of this appraisal is to conduct the investigation necessary to gather sufficient data from which an opinion of value can be derived. An inspection was made of the subject property and its neighborhood was conducted to determine the physical features and condition of the subject property and environment in which it is located. A search of municipal records has been completed to ascertain the current and historical assessment and ownership data regarding the subject property. Properties similar to the subject were explored throughout the market area to determine existing and proposed inventory within the subject classification. The most pertinent of this data has been reported in this appraisal and every effort was made to verify the authenticity of this information from public records and/or personal interviews. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property that would make the property more or less valuable and make no guarantees or warranties, express or implied, regarding the condition of the property.

## Intended Use / Intended User

The intended use of this appraisal is foreclosure. The intended user of this report is Essex Bank.

## History of Property

Current listing information: The subject property is not currently listed for sale.

Prior sale: The borrower purchased the subject land 10/30/2009 for $55,000.

## Exposure Time / Marketing Time

Exposure Time 6-12 months

Marketing Time 6-12 months

Exposure time is the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.

## Personal (non-realty) Transfers

None

## Additional Comments

Highest and Best Use is defined as the reasonably probable and legal use of property that is physically possible, appropriately supported, and financially feasible, and that results in the highest value. The subject property is a residential home and was being used as a residential home at the time of inspection. This is highest and best use of the subject property.

## Certification Supplement

1. This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or an approval of a loan.
2. My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result or the occurrence of a subsequent event.

Angela G. Atkinson

| | |
|---|---|
| Appraiser(s): Angela G. Atkinson | Supervisory Appraiser(s): |
| Effective date / Report date: 11/19/2012 - 11/21/2012 | Effective date / Report date: |

# SUMMARY OF SALIENT FEATURES

| Section | Item | Value |
|---|---|---|
| SUBJECT INFORMATION | Subject Address | 3320 Yarding Way |
| | Legal Description | L-19 S-1 Richardson's Mill Stonehouse |
| | City | Toano |
| | County | James City |
| | State | VA |
| | Zip Code | 23168 |
| | Census Tract | 0804.01 |
| | Map Reference | 47260 |
| SALES PRICE | Sale Price | $ N/A |
| | Date of Sale | N/A |
| CLIENT | Lender/Client | Essex Bank |
| | Borrower | Adam Scott Matherly |
| DESCRIPTION OF IMPROVEMENTS | Size (Square Feet) | 4,564 |
| | Price per Square Foot | $ 113.72 |
| | Location | Suburban |
| | Age | 1 year |
| | Condition | Good |
| | Total Rooms | 11 |
| | Bedrooms | 5 |
| | Baths | 4.5 |
| APPRAISER | Appraiser | Angela G. Atkinson |
| | Date of Appraised Value | 11/19/2012 |
| VALUE | Final Estimate of Value | $ 519,000 |

**Summary Appraisal Report**

# Exterior-Only Inspection Residential Appraisal Report

File # Matherly, Adam

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

Property Address 3320 Yarding Way | City Toano | State VA | Zip Code 23168
Borrower Adam Scott Matherly | Owner of Public Record Adam Scott & Janna Marie P. Matherly | County James City
Legal Description L-19 S-1 Richardson's Mill Stonehouse
Assessor's Parcel # 0520600019 | Tax Year 2012 | R.E. Taxes $ 4,358.97
Neighborhood Name Stonehouse | Map Reference 47260 | Census Tract 0804.01
Occupant ☒ Owner ☐ Tenant ☐ Vacant | Special Assessments $ 0 | ☒ PUD HOA $ 110 ☐ per year ☒ per month
Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)
Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Foreclosure
Lender/Client Essex Bank | Address 1325 Tappahannock Blvd., Tappahannock , VA 22560
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No
Report data source(s) used, offering price(s), and date(s). MLS

## CONTRACT

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $ N/A | Date of Contract N/A | Is the property seller the owner of public record? ☐ Yes ☐ No Data Source(s)
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | | | Present Land Use % | |
|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | Property Values ☐ Increasing ☒ Stable ☐ Declining | PRICE | | AGE | One-Unit | 60 % |
| Built-Up ☐ Over 75% ☒ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | $ (000) | | (yrs) | 2-4 Unit | 1 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☐ Under 3 mths ☐ 3-6 mths ☒ Over 6 mths | 75 | Low | New | Multi-Family | 3 % |
| Neighborhood Boundaries | The neighborhood boundaries include the County of James City and areas. | 1.5M | High | 100 | Commercial | 5 % |
| | | 250 | Pred. | 10 | Other | 31 % |

Neighborhood Description The subject is located approximately 20 minutes from City of Williamsburg and Colonial Williamsburg which offers shopping, employment, banks and medical facilities. The subject is average for the neighborhood. The neighborhood consist of residential property, small villages, timberland, farmland, waterfront property and some commercial activity.

Market Conditions (including support for the above conclusions) Market conditions are average on this type of property. Estimated marketing time is six to twelve months which is average for the neighborhood. Supply and demand are adequate. Interest buydowns, loan discounts and concessions are not prevalent in this market.

## SITE

Dimensions Unknown - Survey not provided | Area 0.44 acre | Shape Irregular | View Average
Specific Zoning Classification PR PUD | Zoning Description Planned Unit Development Residential
Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Water | ☒ | ☐ | Street Paved | ☒ | ☐ |
| Gas | ☐ | ☒ Bottled | Sanitary Sewer | ☒ | ☐ | Alley No | ☐ | ☐ |

FEMA Special Flood Hazard Area ☐ Yes ☒ No | FEMA Flood Zone X | FEMA Map # 51095C0045C | FEMA Map Date 09/28/2007
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe
No apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning uses were noted at time of inspection.

## IMPROVEMENTS

Source(s) Used for Physical Characteristics of Property ☒ Appraisal Files ☐ MLS ☒ Assessment and Tax Records ☒ Prior Inspection ☐ Property Owner
☒ Other (describe) Exterior Inspection | Data Source for Gross Living Area Prior inspection/C.H. Records

| General Description | General Description | Heating/Cooling | Amenities | Car Storage |
|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | ☐ Concrete Slab ☒ Crawl Space | ☒ FWA ☐ HWBB | ☒ Fireplace(s) # 2 | ☐ None |
| # of Stories 2 | ☐ Full Basement ☐ Finished | ☐ Radiant | ☐ Woodstove(s) # | ☒ Driveway # of Cars 4 |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | ☒ Partial Basement ☐ Finished | ☐ Other | ☒ Patio/Deck | Driveway Surface Aggregate |
| ☒ Existing ☐ Proposed ☐ Under Const. | Exterior Walls Brick/HPlank | Fuel Electric/Gas | ☒ Porch Cov. | ☒ Garage # of Cars 2 |
| Design (Style) Colonial | Roof Surface Architectural | ☒ Central Air Conditioning | ☐ Pool | ☐ Carport # of Cars |
| Year Built 2011 | Gutters & Downspouts No & No | ☐ Individual | ☐ Fence | ☒ Attached ☐ Detached |
| Effective Age (Yrs) New | Window Type Doublepane | ☐ Other | ☒ Other Balcony | ☐ Built-in |

Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☒ Microwave ☒ Washer/Dryer ☒ Other (describe) Wall Oven
Finished area **above** grade contains: 11 Rooms 5 Bedrooms 4.5 Bath(s) 4,564 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.) Please refer to the enclosed addendum.

Describe the condition of the property and data source(s) (including apparent needed repairs, deterioration, renovations, remodeling, etc.). Please refer to the enclosed addendum.

Are there any apparent physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No
If Yes, describe.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe.

# Exterior-Only Inspection Residential Appraisal Report

File # Matherly, Adam

There are 1 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 500,000 to $ 600,000 .

There are 1 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 500,000 to $ 600,000 .

## SALES COMPARISON APPROACH

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 3320 Yarding Way Toano, VA 23168 | 3249 Oak Branch Ln Toano, VA 23168 | | 3001 Heartwood Crossing Toano, VA 23168 | | 3008 Heartwood Crossing Toano, VA 23168 | |
| Proximity to Subject | | 0.51 miles W | | 0.96 miles W | | 0.96 miles W | |
| Sale Price | $ N/A | | $ 475,000 | | $ 540,000 | | $ 520,000 |
| Sale Price/Gross Liv. Area | $ 113.72 sq.ft. | $ 157.70 sq.ft. | | $ 115.16 sq.ft. | | $ 152.94 sq.ft. | |
| Data Source(s) | | MLS | | MLS | | MLS | |
| Verification Source(s) | | Courthouse Records | | Courthouse Records | | Courthouse Records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | Cash DOM 18 | | Conventional DOM 176 | | Other DOM 7 | |
| Date of Sale/Time | | 08/2012 | | 12/2011 | | 05/2012 | |
| Location | Suburban | Suburban | | Suburban | | Suburban, Bett. | |
| Leasehold/Fee Simple | Fee Simple | Fee simple | | Fee Simple | | Fee Simple | |
| Site | 0.44 acre | 0.67 acre | -20,000 | 0.77 acre | -40,000 | 0.39 acre | -40,000 |
| View | Average | Average | | Average | | Average | |
| Design (Style) | Colonial | Transitional | | Cape | | Transitional | |
| Quality of Construction | Brick/Hardiplank | Brick/Vinyl/Avg. | +5,000 | Cem.Board/Avg. | +11,410 | Brick/Wood/Avg. | +5,000 |
| Actual Age | 1 year | 8 years | +700 | 12 years | +1,100 | 13 years | +1,200 |
| Condition | Good | Good | | Good | | Good | |
| Above Grade Room Count (Total / Bdrms. / Baths) | 11 / 5 / 4.5 | 7 / 3 / 2.5 | +11,000 | 15 / 4 / 3.5 | +8,000 | 10 / 4 / 3.5 | +8,000 |
| Gross Living Area | 4,564 sq.ft. | 3,012 sq.ft. | +62,080 | 4,689 sq.ft. | -5,000 | 3,400 sq.ft. | +46,560 |
| Basement & Finished Rooms Below Grade | 300 sf | 1,669 sf | -13,690 | None | +3,000 | None | +3,000 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Cent. H & A | Cent. H & A | | Cent. H & A | | Cent. H & A | |
| Energy Efficient Items | Insulation | Insulation | | Insulation | | Insulation | |
| Garage/Carport | Gar. 2 car | Gar. 3 car | -5,000 | Gar. 2 car | equal | Gar. 2 car | equal |
| Porch/Patio/Deck | CP/Dk/Blc/Ver/Pat | Deck | +8,000 | CPorch, SP's | equal | Deck | +8,000 |
| Fireplaces | 2 fireplaces | 1 fireplace | +2,000 | 2 fireplaces | equal | 2 fireplaces | equal |
| Other Improvements | None | None | | None | | None | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 50,090 | ☐ + ☒ - | $ -21,490 | ☒ + ☐ - | $ 31,760 |
| Adjusted Sale Price of Comparables | | Net Adj. 10.5 % Gross Adj. 26.8 % | $ 525,090 | Net Adj. 4.0 % Gross Adj. 12.7 % | $ 518,510 | Net Adj. 6.1 % Gross Adj. 21.5 % | $ 551,760 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s) Courthouse Records

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data Source(s) Courthouse Records

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 10/30/2009 | Only as noted above | Only as noted above | Only as noted above |
| Price of Prior Sale/Transfer | 55,000 (land only) | | | |
| Data Source(s) | Courthouse Records | Courthouse Records | Courthouse Records | Courthouse Records |
| Effective Date of Data Source(s) | 11/19/2012 | 11/20/2012 | 11/20/2012 | 11/20/2012 |

Analysis of prior sale or transfer history of the subject property and comparable sales The borrower purchased the subject land 10/30/2009 for $55,000. Previous sales and/or transfers of the three comparables within the one year of the above sales were not found.

Summary of Sales Comparison Approach After thoroughly searching the James City County records, the comparables chosen were the most suitable to be found at this time. Sales of homes in Stonehouse have been very limited within the last year. Sales prices have declined significantly in the last 12-24 months in Stonehouse. Comparable 2 was a short sale however was used because the appraiser felt that it was representative of the current market. Comparable 2 appears to be the most representative of the subject property because it is the most similar in square footage. The appraiser searched for sales within the past 90 days and the above sales were the best and most suitable to be found at this time. Please refer to the enclosed addendum for comments on the adjustments.

Indicated Value by Sales Comparison Approach $ 518,510

## RECONCILIATION

**Indicated Value by: Sales Comparison Approach $** 518,510 **Cost Approach (if developed) $** 613,500 **Income Approach (if developed) $**

Both the cost approach and the sales comparison approach were used to help estimate the final value, however more weight was given to the sales comparison approach as it reveals actual buyer/seller activity in this type of market. The income approach did not apply.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

**Based on a visual inspection of the exterior areas of the subject property from at least the street, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $** 519,000 **, as of** 11/19/2012 **, which is the date of inspection and the effective date of this appraisal.**

# Exterior-Only Inspection Residential Appraisal Report

File # Matherly, Adam

ADDITIONAL COMMENTS

The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

**COST APPROACH**

The cost approach has only been developed by the appraiser as an analysis to support their opinion of the property's market value. Use of this data, in whole or part, for other purposes is not intended by the appraiser. Nothing set forth in the appraisal should be relied upon for the purpose of determining the amount or type of insurance coverage to be placed on the subject property. The appraiser assumes no liability for and does not guarantee that any insurable value estimate inferred from this report will result in the subject property being fully insured for any loss that may be sustained. Further, the cost approach may not be a reliable indication of replacement or reproduction cost for any date other than the effective date of this appraisal due to changing costs of labor and materials and due to changing building codes and governmental regulations and requirements.

This appraisal is being performed under the extraordinary assumption that the interior of the subject property is in at least average condition for its age, and is in condition as good or better than the sale comparables that were used in this appraisal, if adjustments for condition are not made. The appraiser did not inspect the interior, so if this is not the case, the value could be substantially lower than estimated, and the appraiser will be held harmless due to this disclaimer.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) In order to determine the land value, recent comparable land sales were used.

| | | |
|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ 45,000 |
| Source of cost data Local Builders | DWELLING 4,564 Sq.Ft. @ $ 110.00 | =$ 502,040 |
| Quality rating from cost service 5.5 Effective date of cost data 11/2012 | Basement 300 Sq.Ft. @ $ 15.00 | =$ 4,500 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | Cov.Porch, Balcony, Veranda, Deck & Patio | =$ 30,000 |
| In order to determine the cost approach, actual local builder costs were used. | Garage/Carport 500 Sq.Ft. @ $ 35.00 | =$ 17,500 |
| | Total Estimate of Cost-New | =$ 554,040 |
| | Less Physical 5,540 Functional External Depreciation | =$( 5,540) |
| | Depreciated Cost of Improvements | =$ 548,500 |
| | "As-is" Value of Site Improvements | =$ 20,000 |
| | Includes Aggregate Driveway | |
| Estimated Remaining Economic Life (HUD and VA only) 60 Years | **INDICATED VALUE BY COST APPROACH** | **=$** 613,500 |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ X Gross Rent Multiplier = $ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No Unit type(s) ☒ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

Total number of phases Total number of units Total number of units sold

Total number of units rented Total number of units for sale Data source(s)

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No If Yes, date of conversion

Does the project contain any multi-dwelling units? ☐ Yes ☐ No Data Source(s)

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

# Exterior-Only Inspection Residential Appraisal Report

File # Matherly, Adam

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property from at least the street, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

The appraiser must be able to obtain adequate information about the physical characteristics (including, but not limited to, condition, room count, gross living area, etc.) of the subject property from the exterior-only inspection and reliable public and/or private sources to perform this appraisal. The appraiser should use the same type of data sources that he or she uses for comparable sales such as, but not limited to, multiple listing services, tax and assessment records, prior inspections, appraisal files, information provided by the property owner, etc.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

# Exterior-Only Inspection Residential Appraisal Report



**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a visual inspection of the exterior areas of the subject property from at least the street. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

# Exterior-Only Inspection Residential Appraisal Report

File # Matherly, Adam

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

**APPRAISER**

Signature Angela G. Atkinson
Name Angela G. Atkinson
Company Name Sears Real Estate & Appraisals
Company Address P.O. Box 489, 4460 Lewis B. Puller Mem. Hwy., Shacklefords, VA 23156
Telephone Number (804) 785-3303
Email Address SearsRealty@searsrealestateandappraisals.com
Date of Signature and Report 11/21/2012
Effective Date of Appraisal 11/19/2012
State Certification # 4001013358
or State License #
or Other (describe) State #
State VA
Expiration Date of Certification or License 01/31/2014

ADDRESS OF PROPERTY APPRAISED
3320 Yarding Way
Toano, VA 23168

APPRAISED VALUE OF SUBJECT PROPERTY $ 519,000

LENDER/CLIENT
Name MountainSeed Advisors
Company Name Essex Bank
Company Address 1325 Tappahannock Blvd., Tappahannock , VA 22560
Email Address Sandra@mountainseed.com

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature
Name
Company Name
Company Address
Telephone Number
Email Address
Date of Signature
State Certification #
or State License #
State
Expiration Date of Certification or License

SUBJECT PROPERTY
☐ Did not inspect exterior of subject property
☐ Did inspect exterior of subject property from street
Date of Inspection

COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
Date of Inspection

# Supplemental Addendum

File No. Matherly, Adam

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Lender/Client | Essex Bank | | | | | | |
| Property Address | 3320 Yarding Way | | | | | | |
| City | Toano | County | James City | State | VA | Zip Code | 23168 |
| Borrower | Adam Scott Matherly | | | | | | |

COUNTY ASSESSMENT

The 2012 assessment of the subject property with all improvements according to the tax records of the Commissioner of Revenue of James City County, Virginia, is as follows:

| | |
|---|---|
| Land | $ 69,000 |
| Improvements | $497,100 |
| Total | $566,100 |

ADDITIONAL FEATURES & CONDITION OF THE IMPROVEMENTS

The following information regarding the subject property was obtained from the previous appraisal that was done in 2010 for the completion of the subject dwelling. A new interior inspection was not made of the subject property.

Vaulted ceiling in the family room. Butler's pantry & walk-in pantry. The fireplaces will be gas. Smart wired for internet, surround sound and an intercom system. The ceilings are 10 ft. on the first floor and 9 ft. on the second floor. The kitchen appliances will be Subzero & Viking Professional. Heating and cooling will be provided by a 15-seer heatpump with gas backup. Humidifier on the first floor. The home will be wired for a generator.

The exterior front & sides are brick; the rear is Hardiplank. Copper roof on the dormers. Wide plank hardwood floors throughout except for the bedrooms on the second floor. The bathrooms will have Carrara marble tile except for the master bathroom which which have hardwood floors. The bedrooms on the second floor will have carpet. Marble counters in the kitchen, master bathroom, butler's pantry; granite counters in the remaining bathrooms and laundry room. Coffered ceiling dining room. 8" baseboard throughout. Solid wood interior doors. Clawfoot tub and separate shower in the master bathroom. The shower in the master bath will have marble tile wainscoting. There will be built-in custom cabinetry in the family room on each side of the fireplace as well as in the master bedroom. The laundry room will have custom cabinets. The porch, balcony and patio will have bluestone floors. There will be a finished bonus room above the garage that will have a wetbar.

According to the borrower, there is a 300 s.f. basement that will consist of a workshop. The floors are cement, the walls will be painted sheetrock. The basement will be heated and cooled.

The quality of construction & functional utility are considered to be good.

The subject is located in Stonehouse. The association dues are $110 per month and include amenities such as 24-hour patrol neighborhood monitoring, pool, clubhouse and tennis courts.

COMMENTS ON SOME OF THE ADJUSTMENTS

Site: Minus adjustments made for comparables 1 and 2 having more land and more land value than the subject. Minus adjustment made for comparable 3 having less land however more land than the subject as it is located on the 18th fairway. The subject has 0.44 of an acre. The adjustments made are based on the difference in land value and not per acre adjustments.

Quality of Construction: Plus adjustments made for comparables 1 and 3 not having Hardiplank siding and for comparable 2 not having brick. The subject has brick and Hardiplank siding.

Room Count & Gross Living Area: Adjustments made for the difference in bedrooms, bathrooms and square footage.

Basement: Minus adjustment made for comparable 1 having a larger basement than the subject. Plus adjustments made for comparables 2 and 3 not having a basement. The subject has a 300 s.f. unfinished basement.

Garage: Minus adjustment made for comparable 1 having a three-car garage. The subject has a two-car garage.

**Supplemental Addendum**

File No. Matherly, Adam

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Lender/Client | Essex Bank | | | | | | |
| Property Address | 3320 Yarding Way | | | | | | |
| City | Toano | County | James City | State | VA | Zip Code | 23168 |
| Borrower | Adam Scott Matherly | | | | | | |

Porch/Patio/Deck: Adjustments made for difference in porches, patios and decks. The subject has a covered porch, a deck, a balcony, a veranda and patio.

Net Adjusted Total: The net adjusted total for each comparable somewhat larger than the appraiser would like however this is common on property such as being appraised. The comparables chosen were the most suitable to be found at this time.

3-MONTH LIQUIDATION VALUE

Liquidation value is the most probable price which a specified interest in real property is likely to bring under all of the following conditions:

1. Consummation of a sale will occur within a severely limited future marketing period specified by the client.
2. Actual market conditions are those currently obtaining for the property interest appraised.
3. The buyer is acting prudently and knowledgeably.
4. The seller is under extreme compulsion to sell.
5. The buyer is typically motivated.
6. The buyer is acting in what he or she considers his or her best interests.
7. A limited marketing effort and time will be allowed for the completion of a sale.
8. Payment will be made in cash in U.S. dollars or in terms of financial arrangements comparable thereto.
9. The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

The above definition, proposed by the Appraisal Institute Special Task Force on Value Definitions, was adopted by the Appraisal Institute Board of Directors, July 1993.

At the lender's request, the appraiser has estimated the Liquidation Value of the subject property. It is the appraiser's opinion that the market value would be discounted 30% resulting in a Liquidation Value for the subject property of $363,300 ronded to $363,000 with an effective date of 11/19/2012.

6-MONTH DISPOSITION VALUE

Disposition Value is the most probable price which a specified interest in real property is likely to bring under all of the following conditions:

1. Consummation of a sale will occur within a limited future marketing period specified by the client.
2. Actual market conditions are those currently obtaining for the property interest appraised.
3. The buyer is acting prudently and knowledgeably.
4. The seller is under compulsion to sell.
5. The buyer is typically motivated.
6. Both parties are acting in what he or she considers his or her best interests.
7. An adequate marketing effort will be made in the limited time allowed for the completion of a sale.
8. Payment will be made in cash in U.S. dollars or in terms of financial arrangements comparable thereto.
9. The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

The above definition was taken from the dictionary of RE Appraisal, 4th edition.

At the lender's request, the appraiser has estimated the Disposition Value of the subject property. It is the appraiser's opinion that the market value would be discounted 25% resulting in a Disposition Value for the subject property of $389,250 rounded to $389,000 as of 11/19/2012.

# Location Map

| Lender/Client | Essex Bank | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 3320 Yarding Way | | | | | | |
| City | Toano | County | James City | State | VA | Zip Code | 23168 |
| Borrower | Adam Scott Matherly | | | | | | |



# Subject Photo Page

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Lender/Client | Essex Bank | | | | | | |
| Property Address | 3320 Yarding Way | | | | | | |
| City | Toano | County | James City | State | VA | Zip Code | 23168 |
| Borrower | Adam Scott Matherly | | | | | | |



## Subject Front

3320 Yarding Way

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 4,564 |
| Total Rooms | 11 |
| Total Bedrooms | 5 |
| Total Bathrooms | 4.5 |
| Location | Suburban |
| View | Average |
| Site | 0.44 acre |
| Quality | Brick/Hardiplank |
| Age | 1 year |



## Subject Street

# Photograph Addendum

| Lender/Client | Essex Bank | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 3320 Yarding Way | | | | | | |
| City | Toano | County | James City | State | VA | Zip Code | 23168 |
| Borrower | Adam Scott Matherly | | | | | | |



**Interior**
**photo taken from 2010 report**



**Interior**
**photo taken from 2010 report**





**Kitchen Interior**
**photo taken from 2010 report**



**Sunroom**
**photo taken from 2010 report**



**2nd Floor Bedroom**
**photo taken from 2010 report**

# Subject Photo Page

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Lender/Client | Essex Bank | | | | | | |
| Property Address | 3320 Yarding Way | | | | | | |
| City | Toano | County | James City | State | VA | Zip Code | 23168 |
| Borrower | Adam Scott Matherly | | | | | | |



**Community Clubhouse**
3320 Yarding Way
Photo taken from 2010 appraisal



**Community Pool**
Photo taken from 2010 appraisal



**Community Tennis Courts**
Photo taken from 2010 appraisal

# Comparable Photo Page

| Lender/Client | Essex Bank | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 3320 Yarding Way | | | | | | |
| City | Toano | County | James City | State | VA | Zip Code | 23168 |
| Borrower | Adam Scott Matherly | | | | | | |



## Comparable 1

3249 Oak Branch Ln

| | |
|---|---|
| Prox. to Subject | 0.51 miles W |
| Sale Price | 475,000 |
| Gross Living Area | 3,012 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.5 |
| Location | Suburban |
| View | Average |
| Site | 0.67 acre |
| Quality | Brick/Vinyl/Avg. |
| Age | 8 years |



## Comparable 2

3001 Heartwood Crossing

| | |
|---|---|
| Prox. to Subject | 0.96 miles W |
| Sale Price | 540,000 |
| Gross Living Area | 4,689 |
| Total Rooms | 15 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.5 |
| Location | Suburban |
| View | Average |
| Site | 0.77 acre |
| Quality | Cem.Board/Avg. |
| Age | 12 years |



## Comparable 3

3008 Heartwood Crossing

| | |
|---|---|
| Prox. to Subject | 0.96 miles W |
| Sale Price | 520,000 |
| Gross Living Area | 3,400 |
| Total Rooms | 10 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.5 |
| Location | Suburban, Bett. |
| View | Average |
| Site | 0.39 acre |
| Quality | Brick/Wood/Avg. |
| Age | 13 years |

# Subject Tax Map

| Lender/Client | Essex Bank | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 3320 Yarding Way | | | | | | |
| City | Toano | County | James City | State | VA | Zip Code | 23168 |
| Borrower | Adam Scott Matherly | | | | | | |



# Building Sketch

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Lender/Client | Essex Bank | | | | | | |
| Property Address | 3320 Yarding Way | | | | | | |
| City | Toano | County | James City | State | VA | Zip Code | 23168 |
| Borrower | Adam Scott Matherly | | | | | | |




**Area Calculations Summary**

| | |
|---|---|
| **Living Area** | |
| First Floor | 2509 Sq ft |
| Second Floor | 2055 Sq ft |
| **Total Living Area (Rounded):** | **4564 Sq ft** |
| **Non-living Area** | |
| Porch | 192 Sq ft |
| Deck | 560 Sq ft |
| Patio | 816 Sq ft |
| Balcony | 192 Sq ft |
| Garage | 500 Sq ft |
| Veranda | 21 Sq ft |

# Building Sketch

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Lender/Client | Essex Bank | | | | | | |
| Property Address | 3320 Yarding Way | | | | | | |
| City | Toano | County | James City | State | VA | Zip Code | 23168 |
| Borrower | Adam Scott Matherly | | | | | | |

| **Living Area** | | **Calculation Details** |
|---|---|---|
| First Floor | 2509 Sq ft | 13 × 8 = 104 |
| | | 15 × 6 = 90 |
| | | 17 × 15 = 255 |
| | | 47 × 23 = 1081 |
| | | 23 × 37 = 851 |
| | | 16 × 8 = 128 |
| Second Floor | 2055 Sq ft | 6 × 3 = 18 |
| | | 16 × 13 = 208 |
| | | 13 × 8 = 104 |
| | | 13 × 6 = 78 |
| | | 15 × 9 = 135 |
| | | 28 × 37 = 1036 |
| | | 2 × 2 = 4 |
| | | 21 × 16 = 336 |
| | | 8 × 17 = 136 |
| **Total Living Area (Rounded):** | **4564 Sq ft** | |
| **Non-living Area** | | |
| Porch | 192 Sq ft | 8 × 24 = 192 |
| Deck | 560 Sq ft | 14 × 40 = 560 |
| Patio | 816 Sq ft | 68 × 12 = 816 |
| Balcony | 192 Sq ft | 8 × 24 = 192 |
| Garage | 500 Sq ft | 13 × 2 = 26 |
| | | 21 × 22 = 462 |
| | | 6 × 2 = 12 |
| Veranda | 21 Sq ft | 7 × 3 = 21 |

# Angela G. Atkinson - Resume & License

**Angela G. Atkinson**
P.O. Box 489
Shacklefords, VA 23156
Phone: (804) 785-3303 Fax: (804) 785-9283
Email: searsrealty@searsrealestateandappraisals.com

**EXPERIENCE/EMPLOYMENT**

Certified Residential Appraiser License # 4001-013358

2005 – Present Sears Real Estate & Appraisals

**EDUCATION**

| | | |
|---|---|---|
| 2012 | Introduction to Legal Descriptions | McKissock |
| 2012 | 2-4 Family Finesse | McKissock |
| 2012 | National USPAP Update | McKissock |
| 2012 | Appraising FHA Today | McKissock |
| 2011 | Mold, Pollution and the Appraiser | McKissock |
| 2011 | Fair Housing | McKissock |
| 2007 | Residential Income Approach | McKissock |
| 2007 | Residential Report Writing & Case Studies | McKissock |
| 2007 | Fundamentals of Real Estate Appraisal | Allied Business School |
| 2007 | Uniform Standards of Professional Appraisal Practice | Allied Business School |

1994 Graduated from The Braxton School of Business – Medical Administrative Assistant

**PROPERTIES APPRAISED**

| | |
|---|---|
| Farmland | Residential Sites |
| Timberland | Single Family Residences |
| Waterfront Land | Multi-Family Residences |
| Waterfront Lots | Condominiums |
| Improved Waterfront | Estate Planning Appraisals |

**INSURANCE COVERAGE**

Errors and Omissions Insurance with Chartis Specialty Insurance Company.



DEPARTMENT OF PROFESSIONAL AND OCCUPATIONAL REGULATION
COMMONWEALTH OF VIRGINIA
9960 Mayland Dr., Suite 400, Richmond, VA 23233
Telephone: (804) 367-8500

EXPIRES ON 01-31-2014

NUMBER 4001 013358

REAL ESTATE APPRAISER BOARD
CERTIFIED RESIDENTIAL REAL ESTATE APPRAISER

ANGELA G ATKINSON
580 NEW DRAGON BRIDGE ROAD
MASCOT VA 23108 0000

Gordon N. Dixon, Director

ALTERATION OF THIS DOCUMENT, USE AFTER EXPIRATION, OR USE BY PERSONS OR FIRMS OTHER THAN THOSE NAMED MAY RESULT IN CRIMINAL PROSECUTION UNDER THE CODE OF VIRGINIA.

# E & O Insurance

ACORD

## CERTIFICATE OF LIABILITY INSURANCE

2/1/2013

DATE (MM/DD/YYYY) 2/1/2012

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

PRODUCER Lockton Companies, LLC-1 Kansas City
444 W. 47th Street, Suite 900
Kansas City MO 64112-1906
(816) 960-9000

CONTACT NAME:
PHONE (A/C, No, Ext): FAX (A/C, No):
E-MAIL ADDRESS:

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Chartis Specialty Insurance Company | 26883 |
| INSURER B: | |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

INSURED UNITED COUNTRY REAL ESTATE, INC.
1349368 2820 NW BARRY RD.
KANSAS CITY MO 64154

COVERAGES UNITC01 MG CERTIFICATE NUMBER: 11635624 REVISION NUMBER: XXXXXXX

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | GENERAL LIABILITY<br>COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE / OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER: POLICY / PROJECT / LOC | | | NOT APPLICABLE | | | EACH OCCURRENCE | $ XXXXXXX |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ XXXXXXX |
| | | | | | | | MED EXP (Any one person) | $ XXXXXXX |
| | | | | | | | PERSONAL & ADV INJURY | $ XXXXXXX |
| | | | | | | | GENERAL AGGREGATE | $ XXXXXXX |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ XXXXXXX |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY<br>ANY AUTO<br>ALL OWNED AUTOS / SCHEDULED AUTOS<br>HIRED AUTOS / NON-OWNED AUTOS | | | NOT APPLICABLE | | | COMBINED SINGLE LIMIT (Ea accident) | $ XXXXXXX |
| | | | | | | | BODILY INJURY (Per person) | $ XXXXXXX |
| | | | | | | | BODILY INJURY (Per accident) | $ XXXXXXX |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ XXXXXXX |
| | | | | | | | | $ |
| | UMBRELLA LIAB / OCCUR<br>EXCESS LIAB / CLAIMS-MADE<br>DED / RETENTION $ | | | NOT APPLICABLE | | | EACH OCCURRENCE | $ XXXXXXX |
| | | | | | | | AGGREGATE | $ XXXXXXX |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | NOT APPLICABLE | | | WC STATUTORY LIMITS / OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ XXXXXXX |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ XXXXXXX |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ XXXXXXX |
| A | ERRORS & OMMISSIONS | N | N | 01-545-05-80 | 2/1/2012 | 2/1/2013 | EACH OCCURRENCE- $2,000,000<br>AGGREGATE- $6,000,000 | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

CERTIFICATE HOLDER

11635624

UNITED COUNTRY - SEARS REAL ESTATE & APPRAISALS
KIM S. WILLIAMS & ANGELA G. ATKINSON
4460 LEWIS B. PULLER MEMORIAL HIGHWAY
SHACKLEFORDS VA 23156

CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE

[signature]

ACORD 25 (2010/05)

© 1988-2010 ACORD CORPORATION. All rights reserved
The ACORD name and logo are registered marks of ACORD